JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALL GLASS & PLASTICS, INC.;<br>42320 10TH STREET WEST LLC;<br>and DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 2:24-cv-09087-AB (MAAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 10, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.